# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NELSON D. TAYLOR, JR.

NO. 2026 KW 0080

**APRIL 8, 2026**

---

In Re:     Nelson D. Taylor, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-05583.

---

**BEFORE:     THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.